STATE v. JACK COE.

(Filed 14 November, 1923.)

APPEAL by defendant from *Lyon, J.,* at April Special Term, 1923, of FORSYTH.

Criminal prosecution tried upon an indictment charging the defendant with larceny and robbery.

From an adverse verdict and judgment pronounced thereon, the defendant appealed.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

*E. G. Brown and B. C. Brock for defendant.*

PER CURIAM. A careful examination of the record leaves us with the impression that the instant case has been tried substantially in accordance with the law bearing on the subject, and we have discovered no ruling or action on the part of the trial court which would seem to entitle the defendant to another hearing.

There is no error of law appearing on the record.

No error.

M. A. TRIVETT ET AL. v. R. H. HARDIN ET. AL.

(Filed 21 November, 1923.)

APPEAL by plaintiffs from *Lane, J.,* at July Term, 1923, of ASHE.

Civil action in ejectment.

At the close of all the evidence, upon motion of defendants, judgment was entered as in case of nonsuit. Plaintiffs appealed.

*C. B. Spicer and Park & Johnston for plaintiffs.*

*T. C. Bowie for defendants.*

PER CURIAM. The record discloses no reversible error. The judgment below will be upheld.

Affirmed.